UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X   Civil Action No. 20-cv2733 (LDH)(AKT)
FRANCISCO DONIS ORTEGA individually and
on behalf of all other employees similarly situated,

       Plaintiff(s),  **STIPULATION OF**
            **DISCONTINUANCE**
  -agaisnt-        **WITH PREJUDICE**

ANTONIO GOMEZ and FUEGO PICANTE CORP.  **FILED**
(DBA AS FUEGO PICANTE GUATEMALTECO)   **CLERK**
jointly and severally,          5:18 pm, Apr 28, 2021

       Defendant(s).  **U.S. DISTRICT COURT**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X **EASTERN DISTRICT OF NEW YORK**
               **LONG ISLAND OFFICE**

  IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the plaintiff and the attorneys for the defendants that the above entitled action be and the same hereby is discontinued with prejudice, without costs to either party as against the other in accordance with the Settlement Agreement, General Release and Waiver executed by the parties, dated December 16, 2021.

Dated: April 27, 2021

*Lina F Stillman*

Lina Stillman, Esq.
Stillman Legal PC
Attorneys for Plaintiff
42 Broadway, 12th Floor
New York, New York  10004
(212) 203-2417
ls@stillmanlegalpc.com

[signature]

Cary David Kessler, Esq.
Farley & Kessler, P.C.
Attorneys for Defendants
55 Jericho Turnpike, Suite 204
Jericho, New York  11753
(516) 433-4220
CDK@farleykessler.com

2020186StipulationDiscontinuance

1